■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALBERT F., Appellant.—Appeal by defendant from a judgment of the Supreme Court, Kings County, rendered March 8, 1978, convicting him of attempted grand larceny in the third degree, upon a jury verdict, denying youthful offender treatment, and imposing a sentence of one year of imprisonment. Judgment modified, as a matter of discretion in the interest of justice, to the extent of deeming the conviction vacated and granting the defendant youthful offender status. As so modified, judgment affirmed. Under the facts of this case, in view of the defendant's age and that this was his first conflict with the law, it was improvident to deny defendant youthful offender treatment. In fact, the probation department recommended that the defendant be granted youthful offender treatment and that he not be incarcerated. (See *People v Richard H.,* 65 AD2d 775; *People v Andrews,* 65 AD2d 688.) Lazer, J. P., Gibbons, Martuscello and O'Connor, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN F., Appellant.—Appeal by defendant, as limited by his motion, from a sentence of the County Court, Nassau County, imposed January 16, 1980, upon his adjudication as a youthful offender, the sentence being probation for a period of five years, one condition of which was the service of 60 days' intermittent imprisonment. Sentence modified, as a matter of discretion in the interest of justice, by deleting therefrom the condition that defendant serve 60 days' intermittent imprisonment. As so modified, sentence affirmed and case remitted to the County Court, Nassau County, for further proceedings in accordance herewith and pursuant to CPL 460.50 (subd 5). The sentence was excessive to the extent indicated herein. Mollen, P. J., Hopkins, Titone and Lazer, JJ., concur.